```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

George Wilson

   v.                                Civil No. 13-cv-129-JD

Port City Air, Inc., et al.

**O R D E R**

On July 19, 2013, a preliminary pretrial conference was held in this case.  Attorney Matthew T. Broadhead appeared for plaintiff.  Attorneys Jacob John Brian Marvelley and Paul McEachern appeared for Defendant Port City Air, Inc., and Defendant Adam Clark appeared on his own behalf.

The parties had very few disagreements with respect to scheduling.  The court discussed the disagreements and resolved them to the parties' satisfaction.

The terms of the discovery order are summarized below.

| Scheduling Designation | Proposed Deadline |
|---|---|
| **Type of Trial** | Jury |
| **Trial Estimate** | 2-3 days |
| **Track Assignment** | Standard - 12 mos. |
| **Completion of Discovery** | February 14, 2014 |
| **Interrogatories** | A maximum of 30 interrogatories by each party to any other party.  Responses due 30 days after service. |
| **Requests for Admission** | A maximum of 30 requests by each party to any other party.  Responses due 30 days after service. |

| Scheduling Designation | Proposed Deadline |
|---|---|
| **Depositions** | A maximum number of 10 depositions by plaintiff and 10 total by defendants. Limited to a maximum of 7 hours unless extended by agreement. |
| **Mandatory Disclosures** | August 16, 2013 |
| **Amendment of Pleadings** | Plaintiff: September 1, 2013<br>Defendants: November 1, 2013 |
| **Motions to Dismiss** | October 13, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: October 20, 2013<br>Defendants: December 20, 2013 |
| **Claims by Unnamed Parties** | November 11, 2013 |
| **Joinder of Additional Parties** | November 11, 2013 |
| **Third-Party Actions** | November 11, 2013 |
| **Motions for Summary Judgment** | February 14, 2014 |
| **Experts' Supplementations under Rule 26(a)** | March 14, 2014 |
| **Joint Statement re Mediation** | April 1, 2014 |
| **Challenges to Expert Testimony** | April 23, 2014 |
| **Trial Date** | Two week period beginning June 17, 2014 |

To the extent the defendants' proposed discovery plan (doc. no. 25) is inconsistent with the above scheduling order, it is denied.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

July 19, 2013
cc: Adams Clark, pro se
    Matthew T. Broadhead, Esq.
    Jacob John Brian Marvelley, esq.
    Paul McEachern, Esq.